# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

**FILED**
2:47 pm, 12/14/17
U.S. Magistrate Judge

UNITED STATES OF AMERICA

Plaintiff

vs.

ARAPAHO JAMES OLDMAN

Defendant.

Case Number:   6:17-mj-00121-ABJ-1

Date 12/14/2017   Time 1:40 - 2:40 PM   Before the Honorable   Teresa M. McKee

☐ Indictment   ☐ Information   ☑ Complaint   ☐ Arraignment   ☐ Rule 5

☐ Initial Appearance   ☑ Detention Hearing   ☑ Preliminary Hearing   ☐ Removal Hearing

☐ Other _____

Offense: 18 U.S.C. §§ 1111 and 1153 (First Degree Murder)

| Tiffany Dyer | FTR | |
|---|---|---|
| Clerk | Court Reporter | Probation Officer |

| Jason M. Conder | | |
|---|---|---|
| Asst. U.S. Attorney | Marshal | Interpreter |

Appeared   ☐ Voluntarily   ☑ In Custody

☐ Defendant filed financial affidavit and is informed of consequences if any false information is given.

Attorney appearing  Tracy Hucke

☑ FPD   ☐ PANEL-CJA   ☐ RETAINED   ☐ WAIVED

WY53

Rev. 10/30/2017

MAGISTRATE CRIMINAL PROCEEDING SHEET

**BOND IS**   ☑ Defendant is detained
☐ Set at  $ _____    ☐ Cash or Surety    ☐ Unsecured
☐ Continued on the same terms and conditions
☐ Detention hearing set for:  Date _____  Time _____
Judge _____

☐ Obey all laws, Federal, State and Local      ☐ Maintain current residence
☐ Seek/Maintain employment                    ☐ Report to Pretrial Services as directed
☐ 3rd party custody of _____             ☐ Travel restricted to _____
☐ Not use or possess firearms/ammunition/explosives   ☐ Abide by the following curfew _____
☐ Not use or possess alcohol                  ☐ Not use or possess controlled substances/drugs
☐ Not use alcohol to excess                   ☐ Avoid all contact with _____
☐ Submit to drug/alcohol testing              ☐ Post property or sum of money _____
☐ Do not obtain passport                      ☐ Undergo medical/psychiatric treatment/exam
☐ Surrender passport to _____            ☐ Mandatory DNA collection
☐ Other _____

☐ Bail review / detention hearing   Date _____
☑ Defendant detained- Reasons   risk of nonappearance and a danger to the community. There do not appear to be any conditions or combination of conditions which could adequately mitigate these risks.

**Preliminary Hearing**   Date 12/14/2017
Witnesses     Christine Coble - FBI Special Agent
Outcome   ☑ Bound over to U.S. District Court     ☐ Dismissed
           ☐ Other _____