# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING
2018 JAN 11  PM 4:39
STEPHAN HARRIS, CLERK
CHEYENNE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>**ARAPAHO JAMES OLDMAN,**<br>(Count 1)<br><br>and<br><br>**MATTHEW WHITEPLUME,**<br>(Count 2)<br><br>Defendants. | No. 18-CR-20-S<br><br>Ct 1: 18 U.S.C. §§ 1111 and 1153<br>(First Degree Murder)<br><br>Ct 2: 18 U.S.C. §§ 3 and 1153<br>(Accessory After the Fact to First Degree Murder) |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE

Between on or about November 22, 2017, and on or about November 30, 2017, in the District of Wyoming and within Indian Country, the Defendant, **ARAPAHO JAMES OLDMAN**, an Indian, did willfully, deliberately, maliciously, and with premeditation and malice aforethought unlawfully kill Charles Dodge III.

In violation of 18 U.S.C. §§ 1111 and 1153.

### COUNT TWO

Between on or about November 22, 2017, and on or about November 30, 2017, in the District of Wyoming and within Indian Country, the Defendant, **MATTHEW WHITEPLUME**, an Indian, knowing that an offense against the United States has been committed, to wit, First

Degree Murder, in violation of 18 U.S.C. §§ 1111 and 1153, did relieve, comfort and assist the offender, Arapaho James Oldman, in order to hinder and prevent the offender's apprehension, trial and punishment.

In violation of 18 U.S.C. § 3 and 1153.

A TRUE BILL:

*Ink Signature on File in Clerk's Office*
FOREPERSON

_____
MARK A. KLAASSEN
United States Attorney

## PENALTY SUMMARY

| | |
|---|---|
| **DEFENDANT NAME:** | **ARAPAHO JAMES OLDMAN** |
| **DATE:** | January 9, 2018 |
| **INTERPRETER NEEDED:** | No |
| **PLACE OF TRIAL:** | The government, pursuant to Rule 18, F.R.Cr.P., with due regard for the convenience of the Defendant, any victim and witnesses, and the prompt administration of justice, requests trial be held in:<br><br>**Casper** |
| **VICTIM(S):** | Yes |
| **OFFENSE/PENALTIES:** | |
| Ct: 1 | **18 U.S.C. §§ 1111 and 1153**<br>(First Degree Murder)<br><br>Up To Life Imprisonment<br>$250,000 Fine<br>5 Years Supervised Release<br>$100 Special Assessment |
| **AGENT:** | Christine Coble, FBI |
| **AUSA:** | Jason M. Conder, Assistant United States Attorney |
| **ESTIMATED TIME OF TRIAL:** | 1 to 5 days |
| **WILL THE GOVERNMENT SEEK DETENTION IN THIS CASE:** | Yes |
| **ARE THERE DETAINERS FROM OTHER JURISDICTIONS:** | No |

## PENALTY SUMMARY

| | |
|---|---|
| **DEFENDANT NAME:** | MATTHEW WHITEPLUME |
| **DATE:** | January 9, 2018 |
| **INTERPRETER NEEDED:** | No |
| **PLACE OF TRIAL:** | The government, pursuant to Rule 18, F.R.Cr.P., with due regard for the convenience of the Defendant, any victim and witnesses, and the prompt administration of justice, requests trial be held in:<br><br>**Casper** |
| **VICTIM(S):** | Yes |
| **OFFENSE/PENALTIES:** | |
| Ct: 2 | 18 U.S.C. § 3<br>(Accessory After The Fact to First Degree Murder)<br><br>0-15 Years Imprisonment<br>Up To $125,000. Fine<br>3 Years Supervised Release<br>$100 Special Assessment |
| **AGENT:** | Christine Coble, FBI |
| **AUSA:** | Jason M. Conder, Assistant United States Attorney |
| **ESTIMATED TIME OF TRIAL:** | 1 to 5 days |
| **WILL THE GOVERNMENT SEEK DETENTION IN THIS CASE:** | Yes |
| **ARE THERE DETAINERS FROM OTHER JURISDICTIONS:** | No |