United States District Court
District of Wyoming
Exhibits Log: 18-CR-20
USA vs. Arapaho James Oldman, 1/7/2019

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING
2019 JAN 10 PM 6:16
STEPHAN HARRIS, CLERK
CASPER

| EXHIBIT | DESCRIPTION | PLS | IDENTIFIED | ADMITTED |
|---|---|---|---|---|
| Gov-1-1 | Photo of Charles Dodge III | No | 1/7/2019 4:17 PM | 1/7/2019 4:18 PM |
| Gov-1-2 | November 2017 Calendar | No | 1/7/2019 4:18 PM | 1/7/2019 4:18 PM |
| Gov-2-1 | Recording of 911 Call placed 11-30-17 | No | 1/7/2019 4:47 PM | 1/7/2019 4:47 PM |
| Gov-3-1 | Photo of 331 Great Plains in the daylight 198A-DN-2239915_0000003_1A00000002_0000004.JPG | No | 1/7/2019 4:47 PM | 1/7/2019 4:47 PM |
| Gov-3-2 | Aerial photo of Great Plains Housing showing back of 331 198A-DN-2239915_0000314_1A0000191_0000010.JPG | No | 1/7/2019 5:05 PM | 1/7/2019 5:05 PM |
| Gov-3-2A | Aerial photo of Great Plains Housing showing back of 331 with marking | No | 1/8/2019 3:02 PM | 1/8/2019 3:02 PM |
| Gov-3-3 | Aerial photo of Great Plains Housing showing housing and other tribal buildings 198A-DN-2239915_0000314_1A0000192_0000002.JPG | No | 1/7/2019 5:05 PM | 1/7/2019 5:05 PM |
| Gov-3-3A | Aerial photo of Great Plains Housing showing housing and other tribal buildings with marking | No | 1/8/2019 8:49 AM | 1/7/2019 4:00 PM |
| Gov-4-1 | Curriculum Vitae of Mark Stratmoen | No | 1/7/2019 5:07 PM | 1/7/2019 5:07 PM |
| Gov-4-10 | Photo of hallway and stairs leading to the second floor _DSC0581.JPG | No | 1/9/2019 8:28 AM | 1/9/2019 8:28 AM |
| Gov-4-11 | Photo of kitchen sink area _DSC0352.JPG | No | 1/8/2019 8:47 AM | 1/8/2019 8:47 AM |
| Gov-4-12 | Photo of kitchen sink and stove area _DSC0353.JPG | No | 1/8/2019 8:47 AM | 1/8/2019 8:47 AM |
| Gov-4-13 | Photo of kitchen table and back door _DSC0725.JPG | No | 1/8/2019 8:47 AM | 1/8/2019 8:48 AM |
| Gov-4-14 | Photo of table in the kitchen with air freshener _DSC0355.JPG | No | 1/8/2019 8:48 AM | 1/8/2019 8:48 AM |
| Gov-4-15 | Photo of door to basement and stairs leading up to second floor from the kitchen _DSC0438.JPG | No | 1/8/2019 8:51 AM | 1/8/2019 8:51 AM |
| Gov-4-16 | Photo of basement stairs _DSC0358.JPG | No | 1/8/2019 8:51 AM | 1/8/2019 8:51 AM |
| Gov-4-17 | Photo of basement stairs closer in _DSC0436.JPG | No | 1/8/2019 8:51 AM | 1/8/2019 8:51 AM |
| Gov-4-18 | Photo of last two stairs leading into the basement _DSC0363.JPG | No | 1/8/2019 8:51 AM | 1/8/2019 8:51 AM |
| Gov-4-19 | Photo of stairs leading up and out of the basement furnace on the right red poles on the left 198A-DN-2239915_0000003_1A00000002_0000020.JPG | No | 1/8/2019 8:52 AM | 1/8/2019 8:52 AM |
| Gov-4-2 | Photo of outside of the front of 331 Great Plains _DSC0324.JPG | No | 1/7/2019 5:12 PM | 1/7/2019 5:12 PM |
| Gov-4-20 | Photo looking to the left in the basement furnace washer and dryer blue cooler _DSC0416.JPG | No | 1/8/2019 8:52 AM | 1/8/2019 8:52 AM |
| Gov-4-21 | Photo of washer and dryer and firewood _DSC0383.JPG | No | 1/8/2019 8:52 AM | 1/8/2019 8:52 AM |
| Gov-4-22 | Photo of corner of the basement closest to the washer and dryer showing edge of white chair _DSC0382.JPG | No | 1/8/2019 8:52 AM | 1/8/2019 8:53 AM |
| Gov-4-23 | Photo of chair against far wall of basement _DSC0420.JPG | No | 1/8/2019 8:53 AM | 1/8/2019 8:53 AM |
| Gov-4-24 | Photo of chair with red pole and table and refrigerator _DSC0375.JPG | No | 1/8/2019 8:53 AM | 1/8/2019 8:53 AM |

| Gov-4-25 | Photo of corner of basement with small table _DSC0369.JPG | No | 1/8/2019 8:53 AM | 1/8/2019 8:53 AM |
|---|---|---|---|---|
| Gov-4-26 | Photo of chair with both red poles table and refrigerator _DSC0422.JPG | No | 1/8/2019 8:53 AM | 1/8/2019 8:53 AM |
| Gov-4-27 | Photo of table refrigerator blanket on the window _DSC0425.JPG | No | 1/8/2019 8:53 AM | 1/8/2019 8:53 AM |
| Gov-4-28 | Photo of refrigerator table crawlspace _DSC0376.JPG | No | 1/8/2019 8:56 AM | 1/8/2019 8:56 AM |
| Gov-4-29 | Photo of items on table IMG_0068.JPG | No | 1/8/2019 8:56 AM | 1/8/2019 8:56 AM |
| Gov-4-3 | Photo of outside of the back of 331 Great Plains IMG_0016.JPG | No | 1/7/2019 5:12 PM | 1/7/2019 5:12 PM |
| Gov-4-30 | Photo of corner of basement with multi-colored blanket on window and various items on the floor _DSC0370.JPG | No | 1/8/2019 8:56 AM | 1/8/2019 8:56 AM |
| Gov-4-31 | Photo of corner of basement with window and crawlspace door table _DSC0571.JPG | No | 1/8/2019 8:57 AM | 1/8/2019 8:57 AM |
| Gov-4-32 | Photo of corner of the basement showing items on floor and crawlspace _DSC0426.JPG | No | 1/8/2019 8:57 AM | 1/8/2019 8:57 AM |
| Gov-4-33 | Photo of corner of basement with crawlspace door and various items on the floor _DSC0391.JPG | No | 1/8/2019 8:57 AM | 1/8/2019 8:57 AM |
| Gov-4-34 | Photo of corner of basement with multi-colored blanket items on floor green lid _DSC0394.JPG | No | 1/8/2019 8:57 AM | 1/8/2019 8:57 AM |
| Gov-4-35 | Photo of corner of basement with multi-colored blanket _DSC0519.JPG | No | 1/8/2019 8:57 AM | 1/8/2019 8:57 AM |
| Gov-4-36 | Photo of corner of basement with green lid _DSC0372.JPG | No | 1/8/2019 8:57 AM | 1/8/2019 8:57 AM |
| Gov-4-37 | Photo closer in of corner of basement with green lid _DSC0396.JPG | No | 1/8/2019 8:58 AM | 1/8/2019 8:58 AM |
| Gov-4-38 | Photo of cement wall with blanket removed _DSC0526.JPG | No | 1/8/2019 8:58 AM | 1/8/2019 8:58 AM |
| Gov-4-39 | Photo of cement wall with blood spots _DSC0557.JPG | No | 1/8/2019 8:58 AM | 1/8/2019 8:58 AM |
| Gov-4-4 | Photo of outside of front porch of 331 Great Plains IMG_0002.JPG | No | 1/7/2019 5:13 PM | 1/7/2019 5:13 PM |
| Gov-4-40 | Photo of crawlspace door _DSC0407.JPG | No | 1/8/2019 8:58 AM | 1/8/2019 8:58 AM |
| Gov-4-41 | Photo of blood spatter on pink childs bed _DSC0683.JPG | No | 1/8/2019 8:58 AM | 1/8/2019 8:58 AM |
| Gov-4-42 | Photo of crawlspace door open and looking inside _DSC0669.JPG | No | 1/8/2019 9:06 AM | 1/8/2019 9:06 AM |
| Gov-4-43 | Photo of tip of crawlspace door with blood _DSC0677.JPG | No | 1/8/2019 9:06 AM | 1/8/2019 9:06 AM |
| Gov-4-44 | Photo of inside of crawlspace with open blue suitcase _DSC0671.JPG | No | 1/8/2019 9:06 AM | 1/8/2019 9:06 AM |
| Gov-4-45 | Photo of inside of crawlspace with bicycle wheel bar with blood and blood pool in the lower left hand corner IMG_0085.JPG | No | 1/8/2019 9:07 AM | 1/8/2019 9:07 AM |
| Gov-4-46 | Photo of inside of crawlspace with pile of tarps plastic blankets IMG_0114.JPG | No | 1/8/2019 9:11 AM | 1/8/2019 9:11 AM |
| Gov-4-47 | Photo of red blanket with bird IMG_0105.JPG | No | 1/8/2019 9:11 AM | 1/8/2019 9:12 AM |
| Gov-4-48 | Photo of boot under carpet plastic and tarp IMG_0095.JPG | No | 1/8/2019 9:12 AM | 1/8/2019 9:12 AM |
| Gov-4-49 | Photo of boot under carpet plastic and tarp IMG_0091.JPG | No | 1/8/2019 9:12 AM | 1/8/2019 9:12 AM |
| Gov-4-5 | Photo of front door of 331 Great Plains _DSC0339.JPG | No | 1/7/2019 5:15 PM | 1/7/2019 5:15 PM |

| Exhibit | Description | Admitted | Marked | Received |
|---|---|---|---|---|
| Gov-4-50 | Photo of boot closer in IMG_0088.JPG | No | 1/8/2019 9:12 AM | 1/8/2019 9:12 AM |
| Gov-4-51 | Photo of leg tarps and plastic being removed IMG_0110.JPG | No | 1/8/2019 9:12 AM | 1/8/2019 9:12 AM |
| Gov-4-52 | Photo of leg with white powder carpet on torso IMG_0119.JPG | No | 1/8/2019 9:17 AM | 1/8/2019 9:17 AM |
| Gov-4-53 | Photo of body with white powder IMG_0131.JPG | No | 1/8/2019 9:17 AM | 1/8/2019 9:17 AM |
| Gov-4-54 | Photo of hand with white powder IMG_0130.JPG | No | 1/8/2019 9:17 AM | 1/8/2019 9:17 AM |
| Gov-4-55 | Photo of body from the side covered in white powder IMG_0150.JPG | No | 1/8/2019 9:17 AM | 1/8/2019 9:17 AM |
| Gov-4-56 | Photo of body from the top of the head with white powder IMG_0158.JPG | No | 1/8/2019 9:17 AM | 1/8/2019 9:17 AM |
| Gov-4-57 | Blood spot underneath body after turning body over IMG_0168.JPG | No | 1/8/2019 9:17 AM | 1/8/2019 9:17 AM |
| Gov-4-58 | Photo of face of body after rolling body over IMG_0173.JPG | No | 1/8/2019 9:30 AM | 1/8/2019 9:30 AM |
| Gov-4-59 | Close up of face after rolling over the body IMG_0176.JPG | No | 1/8/2019 9:31 AM | 1/8/2019 9:31 AM |
| Gov-4-6 | Photo looking in front door of 331 Great Plains into living room and kitchen _DSC0340.JPG | No | 1/7/2019 5:16 PM | 1/7/2019 5:16 PM |
| Gov-4-60 | Close up of face after rolling body over IMG_0206.JPG | No | 1/8/2019 9:32 AM | 1/8/2019 9:32 AM |
| Gov-4-61 | Close up of the injuries to the neck IMG_0190.JPG | No | 1/8/2019 9:32 AM | 1/8/2019 9:32 AM |
| Gov-4-63 | Photo of injuries to the right side torso area IMG_0197.JPG | No | 1/8/2019 9:38 AM | 1/8/2019 9:38 AM |
| Gov-4-64 | Photo of legs with pants pulled down from the right side IMG_0212.JPG | No | 1/8/2019 9:38 AM | 1/8/2019 9:38 AM |
| Gov-4-65 | Photo of legs with pants pulled down from the left side _DSC0687.JPG | No | 1/8/2019 9:38 AM | 1/8/2019 9:38 AM |
| Gov-4-66 | Photo of legs looking from the feet up _DSC0704.JPG | No | 1/8/2019 9:38 AM | 1/8/2019 9:38 AM |
| Gov-4-67 | Death Certificate of Charles Joseph Dodge III | No | 1/8/2019 9:41 AM | 1/8/2019 9:41 AM |
| Gov-4-68 | Lonestar Addison | No | 1/8/2019 9:44 AM | 1/8/2019 9:44 AM |
| Gov-4-7 | Photo of living room of 331 Great Plains _DSC0342.JPG | No | 1/7/2019 5:18 PM | 1/7/2019 5:18 PM |
| Gov-4-8 | Photo looking into the kitchen from the living room of 331 Great Plains _DSC0345.JPG | No | 1/7/2019 5:18 PM | 1/7/2019 5:18 PM |
| Gov-4-9 | Photo looking from living room to the basement door and the stairs leading up to the 2nd floor _DSC0347.JPG | No | 1/7/2019 5:19 PM | 1/7/2019 5:19 PM |
| Gov-5-1 | Curriculum Vitae of Rob Palmer | No | 1/9/2019 8:28 AM | 1/9/2019 8:28 AM |
| Gov-5-2A | NMS Labs Toxicology Report dated 12/14/17 for Charles Dodge (first page) | No | 1/10/2019 8:34 AM | 1/10/2019 8:35 AM |
| Gov-6-1 | Photo of crowbar IMG_0944.JPG | No | 1/8/2019 1:56 PM | 1/8/2019 1:56 PM |
| Gov-6-2 | Photo of crowbar IMG_0945.JPG | No | 1/9/2019 9:17 AM | 1/9/2019 9:17 AM |
| Gov-7-1 | Photo of Matthew Whiteplumes Wind River Hotel and Casino ID card _DSC0569.JPG | No | 1/8/2019 3:14 PM | 1/8/2019 3:15 PM |
| Gov-7-2 | Photo of sock on basement floor _DSC0663.JPG | No | 1/8/2019 3:15 PM | 1/8/2019 3:16 PM |

| Exhibit | Description | Admitted | Marked | Offered |
|---|---|---|---|---|
| Gov-7-4 | Diagram of basement | No | 1/8/2019 2:13 PM | 1/8/2019 2:14 PM |
| Gov-8-1 | Summary of calls and texts between Defendant and Bridget Oldman | No | 1/8/2019 5:06 PM | 1/8/2019 5:06 PM |
| Gov-8-2 | Video of Bridget Oldman Phone with texts 1 20171220_145718.mp4 | No | 1/8/2019 5:07 PM | 1/8/2019 5:07 PM |
| Gov-8-3 | Video of Bridget Oldman Phone with texts 2 20171220_145920.mp4 | No | 1/8/2019 5:20 PM | 1/8/2019 5:20 PM |
| Gov-8-4 | Video of Bridget Oldman Phone with texts 3 20171220_150058.mp4 | No | 1/8/2019 5:20 PM | 1/8/2019 5:20 PM |
| Gov-12-1 | Summary of calls and texts between Defendant and Irene Jenkins | No | 1/9/2019 9:19 AM | 1/9/2019 9:21 AM |
| Gov-14-1 | Summary of calls and texts between Defendant and Edd Shakespeare | No | 1/9/2019 9:22 AM | 1/9/2019 9:22 AM |
| Gov-16-017 | Hoodie (Item 3) PHYSICAL EVIDENCE | No | 1/9/2019 8:53 AM | 1/9/2019 8:53 AM |
| Gov-16-019 | Physical exhibit place holder - Work boots | No | 1/9/2019 9:06 AM | 1/9/2019 9:06 AM |
| Gov-16-020 | Physical evidence placeholder - swab | No | 1/9/2019 8:55 AM | 1/9/2019 8:55 AM |
| Gov-16-021 | Physical exhibht place holder - swab | No | 1/9/2019 8:57 AM | 1/9/2019 8:57 AM |
| Gov-16-022 | Physical evidence placeholder - swab | No | 1/9/2019 8:58 AM | 1/9/2019 8:58 AM |
| Gov-16-023 | Physical evidence placeholder - swab | No | 1/9/2019 9:00 AM | 1/9/2019 9:00 AM |
| Gov-16-024 | Place holder physical evidence - swab | No | 1/9/2019 9:01 AM | 1/9/2019 9:01 AM |
| Gov-16-026 | Physical exhibit Place holder swab | No | 1/10/2019 8:57 AM | 1/10/2019 8:57 AM |
| Gov-16-027 | Physical evidence place holder - food can | No | 1/9/2019 9:05 AM | 1/9/2019 9:05 AM |
| Gov-16-031 | Physical evidence placeholder - bandana | No | 1/9/2019 9:08 AM | 1/9/2019 9:08 AM |
| Gov-16-1 | Photo of wipes on basement floor _DSC0393.JPG | No | 1/9/2019 9:27 AM | 1/10/2019 8:35 AM |
| Gov-16-25 | Physical Exhibht - Place holder - swab | No | 1/10/2019 8:56 AM | 1/10/2019 8:56 AM |
| Gov-16-26 | Physical evidence placeholder - swab | No | 1/9/2019 9:03 AM | 1/9/2019 9:03 AM |
| Gov-16-4 | Photo of crawlspace door and pink childs bed _DSC0398.JPG | No | 1/9/2019 9:28 AM | 1/9/2019 9:29 AM |
| Gov-16-5 | Photo of Charles Dodge III Pants-Front DNA_0041.JPG | No | 1/9/2019 9:12 AM | 1/9/2019 9:13 AM |
| Gov-16-6 | Photo of Charles Dodge III Pants-Back DNA_0040.JPG | No | 1/9/2019 9:13 AM | 1/9/2019 9:14 AM |
| Gov-16-7 | Photo of crowbar IMG_0946.JPG | No | 1/9/2019 9:14 AM | 1/9/2019 9:14 AM |
| Gov-17-1 | Curriculum Vitae of Jacklyn Garfinkle | No | 1/9/2019 10:39 AM | 1/9/2019 10:39 AM |
| Gov-19-1 | Summary of calls and text between Defendant and Donna Oldman | No | 1/9/2019 9:22 AM | 1/9/2019 9:23 AM |
| Gov-20-1 | Summary of calls and texts between Defendant and Dionne Addison | No | 1/9/2019 9:23 AM | 1/9/2019 9:23 AM |
| Gov-22-1 | Summary of calls and texts between Defendant and Jessica Guffey | No | 1/9/2019 9:24 AM | 1/9/2019 9:24 AM |

| | | | | |
|---|---|---|---|---|
| Gov-23-1 | Curriculum Vitae of Dr. Burson | No | 1/9/2019 3:19 PM | 1/9/2019 3:20 PM |
| Gov-23-10 | Photo of injuries to back of head DNA_0069.JPG | No | 1/9/2019 3:45 PM | 1/9/2019 3:45 PM |
| Gov-23-12 | Photo of injury to side of head DNA_0080.JPG | No | 1/9/2019 3:46 PM | 1/9/2019 3:46 PM |
| Gov-23-13 | Photo of injury to legs DNA_0027.JPG | No | 1/9/2019 4:01 PM | 1/9/2019 4:01 PM |
| Gov-23-14 | Photo of pattern injury to right leg DNA_0034.JPG | No | 1/9/2019 4:09 PM | 1/9/2019 4:09 PM |
| Gov-23-15 | Photo of torso injuries to right side before washing IMG_0011.JPG | No | 1/9/2019 3:50 PM | 1/9/2019 3:50 PM |
| Gov-23-16 | Photo of torso injuries to right side before washing and after clothing removed IMG_0021.JPG | No | 1/9/2019 3:51 PM | 1/9/2019 3:51 PM |
| Gov-23-17 | Photo of torso injuries to right side after washing DNA_0066.JPG | No | 1/9/2019 3:54 PM | 1/9/2019 3:54 PM |
| Gov-23-19 | Photo of pattern injury to left side torso IMG_0041.JPG | No | 1/9/2019 3:56 PM | 1/9/2019 3:56 PM |
| Gov-23-2 | Photo of injuries to face at autopsy before washing DNA_0006.JPG | No | 1/9/2019 3:38 PM | 1/9/2019 3:38 PM |
| Gov-23-20 | Close up of pattern injury to left side torso DNA_0059.JPG | No | 1/9/2019 4:45 PM | 1/10/2019 8:36 AM |
| Gov-23-22 | Photo of torso injury to right side IMG_0056.JPG | No | 1/9/2019 3:57 PM | 1/9/2019 3:57 PM |
| Gov-23-24 | Photo of puncture wounds to left arm DNA_0079.JPG | No | 1/9/2019 4:03 PM | 1/9/2019 4:04 PM |
| Gov-23-25 | Xray of broken arm | No | 1/9/2019 4:05 PM | 1/9/2019 4:05 PM |
| Gov-23-26 | Xray of broken leg | No | 1/9/2019 4:07 PM | 1/9/2019 4:07 PM |
| Gov-23-27 | Photo noted as Image 1 in Dr. Bursons supplemental report DSCN7894.JPG | No | 1/9/2019 3:47 PM | 1/9/2019 3:47 PM |
| Gov-23-28 | Photo noted as Image 2 in Dr. Bursons supplemental report DSCN7854.JPG | No | 1/9/2019 4:43 PM | 1/9/2019 4:43 PM |
| Gov-23-3 | Photo of injuries to face at autopsy after washing DNA_0047.JPG | No | 1/9/2019 4:13 PM | 1/9/2019 4:13 PM |
| Gov-23-32 | Photo noted as Image 7 in Dr. Bursons supplemental report DSCN7873.JPG | No | 1/9/2019 4:17 PM | 1/9/2019 4:17 PM |
| Gov-23-4 | Photo of injuries to left side of neck before washing DNA_0088.JPG | No | 1/9/2019 3:39 PM | 1/9/2019 3:39 PM |
| Gov-23-5 | Photo of injuries to left side of neck after washing DNA_0087.JPG | No | 1/9/2019 3:43 PM | 1/9/2019 3:44 PM |
| Gov-23-9 | Photo of injuries to right side of neck Photo noted as Image 6 in Dr. Bursons supplemental Report DNA_0044.JPG | No | 1/9/2019 4:15 PM | 1/9/2019 4:15 PM |
| Def-39 | State vs. Bernadette Brown | No | 1/8/2019 2:39 PM | 1/8/2019 2:39 PM |
| Def-Oldman-A | Sketch of alleged weapon | No | 1/8/2019 12:21 PM | 1/8/2019 12:22 PM |
| Def-Oldman-B | Pill bottle by Wrench | No | 1/9/2019 10:45 AM | 1/9/2019 10:45 AM |
| Def-Oldman-C | FBI 302 Report re text Msg re Whiteplume Facebook | No | 1/9/2019 10:45 AM | 1/9/2019 10:45 AM |
| Def-Oldman-K | Photo of blade | No | 1/9/2019 11:46 AM | 1/9/2019 11:46 AM |

| Def-Oldman-L | McVicker CV | | No | 1/10/2019 9:15 AM | 1/10/2019 9:15 AM |
|---|---|---|---|---|---|
| Def-Oldman-M | Footwear Photos | | No | 1/10/2019 9:21 AM | 1/10/2019 9:21 AM |
| Def-Oldman-N | Footwear images | | No | 1/10/2019 9:23 AM | 1/10/2019 9:23 AM |
| Def-Oldman-O | Footwear images | | No | 1/10/2019 10:05 AM | 1/10/2019 10:05 AM |
| Court-1 | Preliminary Jury Instructions | | No | 1/7/2019 10:03 AM | 1/7/2019 10:03 AM |

*[signatures]*