ORIGINAL

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2019 JAN 11  AM 11:00

STEPHAN HARRIS, CLERK
CASPER

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>ARAPAHO JAMES OLDMAN,<br><br>    Defendant. | Case No. 18-CR-020-SWS |

## VERDICT FORM

We, the jury, duly empaneled in the above-entitled case, do find as follows:

### Count One

1. As to the charge contained in the Indictment (Murder in the First Degree or Aiding and Abetting Murder in the First Degree), we find the Defendant, ARAPAHO JAMES OLDMAN:

   _____ NOT GUILTY          \_\_\_\_X\_\_\_\_ GUILTY

(If you found the Defendant GUILTY of Count One, please sign the verdict form and disregard the remaining question. If you found the Defendant NOT GUILTY of Count One or are unable to unanimously agree to this offense, proceed to Question 1(A).

1(A). As to the lesser included offense of Second Degree Murder or Aiding and Abetting Second Degree Murder, we find the Defendant, ARAPAHO JAMES OLDMAN:

_____ NOT GUILTY          _____ GUILTY


Dated this __11__ day of January, 2019.

_____42_____
JURY FOREPERSON **(indicate juror # only)**

**ORIGINAL**

2