UNITED STATES DISTRICT COURT
DISTRICT OF WYOMING

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2021 NOV -9  AM 11: 45

MARGARET BOTKINS, CLERK
CASPER

UNITED STATES OF AMERICA,

Plaintiff,

v.

ARAPAHO JAMES OLDMAN,

Defendant.

Criminal No. 2:18-cr-00020-SWS-1

## ORDER AUTHORIZING PAYMENT FROM INMATE TRUST ACCOUNT

This matter came before the Court on the United States' Motion to Authorize Payment from Inmate Trust Account (Doc. 396). The Court, having reviewed the motion and the record herein, hereby finds good cause to grant the Government's motion.

**IT IS THEREFORE ORDERED** that the United States' Motion to Authorize Payment from Inmate Trust Account (Doc. 396) is **GRANTED**. The Bureau of Prisons is authorized to turnover to the Clerk of the Court, and the Clerk of the Court shall accept as payment towards the restitution owed, funds <u>up to the total amount of</u> $~~1,200.00~~ 1,100.00 – SWS currently held in the trust account for the following inmate:

Arapaho James Oldman
Reg. #16948-091
USP Coleman II
PO Box 1034
Coleman, FL 33521

DATED this 9th day of Nov. 2021.

~~SCOTT~~ W. SKAVDAHL, Chief
United States District Court Judge